UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.

MEL TROTTER MINISTRIES, et al.,

    Defendants.

_____/

Case No. 1:25-cv-195

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on February 20, 2025. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 2, 2025, recommending that this Court dismiss the federal-law claims for failure to state a claim and dismiss the state-law claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 10) is APPROVED and ADOPTED as the Opinion of the Court and the complaint (ECF No. 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims ae properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith. Should Plaintiff

appeal this decision, the Court will assess the $605.00 appellate filing fee pursuant to Section 1915(b)(1).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

    A Judgment will be entered consistent with this Order.


Dated:  April 25, 2025             /s/  Paul L. Maloney
                                                                             Paul L. Maloney
                                                                            United States District Judge